1    Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
2    412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
3    707.578.9333 phone
707.578.3133 fax
4    Email: craig@northbay-iplaw.com

5    Warren L. Dranit, Calif. State Bar #160252
Karin P. Beam, Calif. State Bar #112331
6    SPAULDING MCCULLOUGH & TANSIL, LLP
90 South E Street, Suite 200
7    Santa Rosa, CA 95404
707.524.1900 phone
8    707.524.1906 fax
Email: dranit@smlaw.com; beam@smlaw.com
9
Attorneys for Plaintiff
10   NEWMATIC SOUND SYSTEMS, INC.

11

12

13

14

              **UNITED STATES DISTRICT COURT**

           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

15   NEWMATIC SOUND SYSTEMS, INC.      CASE NO. C-10-0129 JSW
       (a California corporation)
16
                              Judge: Jeffrey S. White
17         Plaintiff                **ORDER GRANTING MODIFIED**
                              **STIPULATION TO RESCHEDULE INITIAL**
18          vs.                 **CASE MANAGEMENT CONFERENCE**

19   MAGNACOUSTICS, INC.
       (a New York corporation)
20
        Defendant.
21   _____/

22        The parties, by and through their respective attorneys of record, hereby stipulate to

23   reschedule the date of the Initial Case Management Conference from <u>Friday, April 23, 2010</u> to
Friday, July 2, 2010
24   ~~Friday, June 18, 2010~~, 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate

25   Avenue, San Francisco, California, or any subsequent date at the convenience of the Court..

26   /      /

27

28   *Stipulation to Reschedule Initial Case Management Conference*
                                             *Case No. C-10-0129-JSW*

1    Good cause exists for this request: Defendant Magnacoustics, Inc, has filed a Motion to

2    Dismiss Under FRCP 12(b) the First Amended Complaint, and the hearing on this motion is

3    currently scheduled for April 30, 2010.

4

5    Respectfully submitted,

6

7    DATED: ___04/09/2010___          By _____

8                                     Craig M. Stainbrook
                                      **STAINBROOK & STAINBROOK, LLP**
9                                     412 Aviation Blvd., Suite H
                                      Santa Rosa, CA 95403
10                                    707.578.9333 phone
                                      707.578.3133 fax
11
                                      Warren L. Dranit
12                                    Karin P. Beam
                                      **SPAULDING MCCULLOUGH & TANSIL, LLP**
13                                    90 South E Street, Suite 200
                                      Santa Rosa, CA 95404
14                                    707.524.1900 phone
                                      707.524.1906 fax
15
                                      Attorneys for Plaintiff
16                                    NEWMATIC SOUND SYSTEMS, INC.

17   DATED: April 9, 2010

18

19

20                                    Edmond Bannon
                                      **FISH & RICHARDSON P.C.**
21                                    601 Lexington Avenue, 52nd Floor
                                      New York, NY 10022
22                                    212.765.5070 phone
                                      212.258.2291 fax
23                                    Email: bannon@fr.com

24                                    Attorneys for Defendant
                                      MAGNACOUSTICS, INC.
25

26

27   *Stipulation to Reschedule Initial Case Management Conference*

28                                                        *Case No. C-10-0129-JSW*

                                      2

1

2                                    ORDER

3          **Pursuant to stipulation, it is so ordered.** The conference is continued to Friday, July 2, 2010 at
                                                          1:30 p.m.  A joint case management statement shall be
4    DATED: April 12, 2010                                filed no later than June 25, 2010.

5

6                                    _____
                                     The Honorable Jeffrey S. White
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *Stipulation to Reschedule Initial Case Management Conference*

                                     *Case No. C-10-0129-JSW*

                                          3