Craig M. Stainbrook, Calif. State Bar #160876
STAINBROOK & STAINBROOK, LLP
412 Aviation Boulevard, Suite H
Santa Rosa, California 95403
707.578.9333 phone
707.578.3133 fax
Email: craig@northbay-iplaw.com

Warren L. Dranit, Calif. State Bar #160252
Terry S. Sterling, Calif. State Bar #106379
Spaulding McCullough & Tansil, LLP
90 South E Street, Suite 200
Santa Rosa, CA 95404
707.524.1900 phone
707.524.1906 fax
Email: dranit@smlaw.com; sterling@smlaw.com

Attorneys for Plaintiff
NEWMATIC SOUND SYSTEMS, INC.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWMATIC SOUND SYSTEMS, INC. (a California corporation),<br><br>Plaintiff<br><br>vs.<br><br>MAGNACOUSTICS, INC. (a New York corporation), WAYNE LEDERER, individually, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-00129 JSW<br><br>Judge: Jeffrey S. White<br><br>**PLAINTIFF NEWMATIC SOUND SYSTEMS, INC.'S EX PARTE APPLICATION FOR ADMINISTRATIVE RELIEF AND APPROVAL TO FILE A MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT IN EXCESS OF 15 PAGES IN LENGTH; DECLARATION OF TERRY S. STERLING; [PROPOSED] ORDER** |

TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Newmatic Sound Systems, Inc. ("Newmatic Sound") is opposing defendants' Motion to Dismiss First Amended Complaint For Lack Of Article III Standing ("Motion"). In order to properly oppose the Motion, more space is needed than the 15 pages allowed by this Court's Civil Standing Order, ¶6. Pursuant to Rules 7-10 and 7-11 of this Court's Local Rules, Newmatic Sound hereby submits its Ex Parte Application for Administrative Relief from the page limitation of 15

1

PLAINTIFF NEWMATIC SOUND SYSTEMS, INC.'S EX PARTE
APPLICATION FOR ADMINISTRATIVE RELIEF                           Case No. C 10 00129 JSW

1 pages, and requests that approval be granted to file a longer opposition memorandum, not to exceed
2 25 pages in length.
3      Good cause exists to grant this Ex Parte Application. Defendants have moved to dismiss the
4 First Amended Complaint based on: an alleged lack of personal jurisdiction as to defendant
5 Magnacoustics, Inc.; an alleged lack of personal jurisdiction as to defendant Wayne Lederer; and an
6 alleged lack of Article III standing as a result of Newmatic Sound's failure to include Wayne Lederer,
7 owner of the patent at issue, as a defendant in the original Complaint (defendants claim that this
8 defect was not cured by adding Lederer as a defendant in the First Amended Complaint). The
9 arguments relating to all of these issues, and particularly the arguments relating to personal
10 jurisdiction, are very fact intensive. Newmatic Sound must detail all of the contacts that each of the
11 defendants has with the State of California, and then analyze those facts under the applicable legal
12 principles. To do so and still be able to respond to defendants' arguments regarding Article III
13 standing will require more than 15 pages.
14      Newmatic Sound anticipates that the memorandum in opposition to the Motion will not
15 exceed 25 pages, and that this amount of space is necessary to fully argue the issues raised in the
16 Motion. Newmatic Sound will not have the opportunity to provide the court with a full analysis of
17 the jurisdictional issues, including a complete analysis of the law and facts pertaining thereto, unless
18 this Application is granted.
19      Therefore, Newmatic Sound respectfully requests that this Court grant this Ex Parte
20 Application and allow Newmatic Sound to file a memorandum of points and authorities in support of
21 its Opposition to defendants' Motion to Dismiss not to exceed 25 pages in length.

22 DATED: April 7, 2010           Respectfully submitted,

23                              SPAULDING MCCULLOUGH & TANSIL, LLP
                             Attorneys For Plaintiff NEWMATIC SOUND
24                              SYSTEMS, INC.
25
26                              By: /s/ Terry S. Sterling
                                 Terry S. Sterling
27
28

2

PLAINTIFF NEWMATIC SOUND SYSTEMS, INC.'S EX PARTE
APPLICATION FOR ADMINISTRATIVE RELIEF                             Case No. C 10 00129 JSW

[PROPOSED] ORDER

IT IS HEREBY ORDERED that plaintiff NEWMATIC SOUND SYSTEMS, INC. may file a Memorandum of Points and Authorities in opposition to defendant's Motion to Dismiss First Amended Complaint For Lack Of Article III Standing of up to 25 pages in length.

DATED:   April 13, 2010

_____
HONORABLE JEFFREY S. WHITE
United States District Judge